980 P.2d 1012

| | | | |
|---|---|---|---|
| Doe v. Doe | 20608 | 8/31/98 | Vacated & Remanded |
| State v. Hamel | 21143 | 9/8/98 | Affirmed |
| State v. Hernandez | 21013 | 9/10/98 | Affirmed in part & Reversed in part |
| State v. Valdez | 20645 | 9/11/98 | Affirmed |
| State v. Sajolan | 20128 | 9/15/98 | Affirmed |
| State v. Williams | 20511 | 9/18/98 | Vacated & Remanded |
| Will v. Sutherland | 21063 | 9/18/98 | Affirmed |
| State v. Draizen | 20344 | 9/29/98 | Affirmed |
| State v. Velazquez | 18133 | 9/30/98 | Affirmed |
| Rosa v. Rosa | 20904 | 10/20/98 | Vacated & Remanded |
| State v. Frietas | 20954 | 10/23/98 | Affirmed in part, Vacated in part & Remanded |
| Flowers v. Child Support Enforcement Agency | 20198 | 10/26/98 | Affirmed in part & Vacated in part |
| Wirfs v. Wirfs | 20562, 21209 | 10/30/98 | Vacated & Remanded |
| Jardine v. State | 20593 | 10/30/98 | Affirmed |
| State v. Apao | 20855 | 11/19/98 | Affirmed |
| State v. Taylor | 21273 | 11/19/98 | Affirmed |
| McElroy v. Sobin | 20365 | 11/20/98 | Affirmed in part, Vacated in part & Remanded |
| Booth v. Booth | 20962 | 11/20/98 | Affirmed in part, Vacated in part & Remanded |
| Midler v. Century 21 Ann Davidson, Inc. | 21080 | 11/20/98 | Vacated & Remanded |
| State v. Lawrence | 21045 | 11/24/98 | Affirmed & Reversed in part |
| Craig v. County of Maui | 21282 | 12/1/98 | Reversed & Remanded |
| State v. Seguin | 21322 | 12/7/98 | Vacated & Remanded |
| State v. Dinmore | 20972 | 12/8/98 | Affirmed |
| Quiaoit v. State | 21412 | 12/14/98 | Affirmed |
| Fong v. Utne | 21501 | 12/16/98 | Dismissed |
| State v. Rogers | 21380 | 12/21/98 | Reversed |
| Manu v. State | 21092, 21138, 21257 | 12/21/98 | Affirmed |
| Tataipu v. State | 21242 | 12/29/98 | Vacated & Remanded |